UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN V. HILL )<br>)<br>　　　Plaintiff, )<br>)<br>vs. )<br>)<br>ANDREW SAUL, )<br>COMMISSIONER OF SOCIAL )<br>SECURITY )<br>)<br>　　　Defendant )<br>_____ | Case No. 2:17-CV-06900 (VEB)<br><br>ORDER AWARDING<br>ATTORNEYS FEES PURSUANT TO<br>EAJA 28 U.S.C. §2412(d) |

　　　Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorneys' fees under EAJA,

　　　IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of $4,205.68, subject to the terms of the Stipulation.

　　　DATED this 12th day of August, 2019,

　　　　　　　　　　　　/s/Victor E. Bianchini
　　　　　　　　　　　VICTOR E. BIANCHINI
　　　　　　　　UNITED STATES MAGISTRATE JUDGE